IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01822-PAB-MJW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$44,900.00 IN UNITED STATES CURRENCY,

    Defendant.

---

**ORDER TO VACATE SCHEDULING CONFERENCE
(DN 8)**

---

It is hereby ORDERED that the Motion to Vacate Scheduling Conference, DN 8 filed with the Court on October 6, 2011, is GRANTED. The Scheduling/Planning Conference currently set for October 12, 2011 at 9:00 AM is VACATED and the associated deadlines for filing the proposed scheduling order and confidential settlement statements are also VACATED.

It is FURTHER ORDERED that the parties shall file a written Status on or before **October 31, 2011.**

DONE at Denver, Colorado, this __7th__ day of October, 2011.

                              BY THE COURT:

                              s/Michael J. Watanabe

                              MICHAEL J. WATANABE
                              U.S. District Court Magistrate Judge