IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 11-cv-01822-PAB-MJW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$44,900.00 IN UNITED STATES CURRENCY,

    Defendant.

---

### DEFAULT JUDGMENT AND FINAL ORDER OF FORFEITURE
---

THIS MATTER comes before the Court on the United States' Motion for Default and Final Order of Forfeiture [Docket No. 15] as to defendant $44,900.00 in United States Currency. The United States moves for "default" as opposed to "default judgment." Given that the government has already moved for entry of default [Docket No. 13], which was entered by the Clerk of the Court on March 28, 2012 [Docket No. 14], the Court will construe the government's request as a motion for entry of default judgment.

The Court having reviewed Motion and being fully advised in the premises finds that:

The United States commenced this action *in rem* pursuant to 21 U.S.C. § 881;

All known interested parties have been provided an opportunity to respond and publication has been effected as required by Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

After proper notice, neither the known potential claimants nor any other third party has filed a Claim or Answer as to defendant $44,900.00 in United States Currency as required by Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

Entry of Default was entered by the Clerk of the Court on March 28, 2012 [Docket No. 14];

Based upon the facts and verification set forth in the Verified Complaint [Docket No. 1], it appears by a preponderance of the evidence that there was reasonable cause for the seizure of defendant $44,900.00 in United States Currency, and a Certificate of Reasonable Cause is granted pursuant to 28 U.S.C. § 2465.  It further appears that there is cause to issue a forfeiture order under 21 U.S.C. § 881;

The facts and verifications as set forth in the Verified Complaint provide probable cause and an ample basis by a preponderance of the evidence for a final Judgment and Order of Forfeiture as to defendant $44,900.00 in United States Currency;

The Clerk of Court shall be directed to enter Judgment as to defendant $44,900.00 in United States Currency.

NOW, THEREFORE, IT IS ORDERED that

1.     Default judgment and forfeiture of defendant $44,900.00 in United States Currency, including all right, title, and interest, is hereby entered in favor of the United States pursuant to 21 U.S.C. § 881;

2.     The United States shall have full and legal title as to defendant $44,900.00 in United States Currency and may dispose of said property in accordance with law;

3. This Default Judgment and Final Order of Forfeiture shall serve as a Certificate of Reasonable Cause as to defendant $44,900.00 in United States Currency under 28 U.S.C. § 2465; and

4. The Clerk of Court is directed to enter Judgment as to defendant $44,900.00 in United States Currency.

DATED May 10, 2012.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge